AO 91 (Rev. 11/11)  Criminal Complaint  (modified 3/31/2020)

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. |
| MICHAEL GUIN | ) | 24-mj-130 |
|  | ) | |
|  | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 22, 2024  in the county of  Westmoreland  in the Western District of Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Section 922(u) | Theft of a firearm from a licensed firearms dealer |

This criminal complaint is based on these facts:

Please see attached Affidavit in Support of Criminal Complaint.

☑ Continued on the attached sheet.

/s/ Ryan P. O'Sullivan
*Complainant's signature*

Ryan P. O'Sullivan, ATF SA
*Printed name and title*

Sworn and subscribed before me, by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A).

Date: 01/26/2024

*Judge's signature*

City and state:  Pittsburgh PA    Hon. Kezia O. L. Taylor, U.S. MAGISTRATE JUDGE
*Printed name and title*