IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.   ) | Magistrate No. 24-mj-130 |
| ) | UNDER SEAL |
| MICHAEL GUIN   ) | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Ryan P. O'Sullivan, being duly sworn according to law, depose and state as follows:

**INTRODUCTION**

1. I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to the Pittsburgh Field Office, Group II. I have been employed as an ATF Special Agent since September of 2015. While at the ATF National Academy, I received extensive training in investigating federal firearms, arson, explosives, and narcotics related violations, conducting surveillance, establishing probable cause, and executing search and arrest warrants.

2. As an ATF Special Agent, I am an "Investigative or Law Enforcement Officer" of the United States within the meaning of Title 18, United States Code Section 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

3. As an ATF Special Agent, I am responsible for enforcing Federal criminal statutes and am authorized to serve arrest and search warrants under the authority of the United States. I have participated in numerous federal and state search warrants related to firearms, arson, explosives and narcotics violations, and I have assisted in the writing of affidavits to this effect.

4. I have participated in criminal investigations with ATF as well as other federal, state and local law enforcement agencies relating to violations of various federal laws. I have been

1

involved in firearms and narcotics-related arrests and the execution of search warrants and arrest warrants, which resulted in the seizure of firearms and narcotics and have assisted in the supervision of activities of confidential informants who provided information and assistance resulting in controlled purchases of firearms and narcotics.

5. As an ATF Special Agent, I am familiar with the way in which individuals involved in illegal trafficking of firearms or and/or narcotics use cellular telephones, and that evidence can be obtained from the cellular telephones of individuals involved in that illegal activity.

6. The information contained herein is based upon my own personal investigation, observations, and knowledge, as well as upon the investigation, personal observations, and knowledge of other law enforcement officers with whom I have discussed this case.  Because this Affidavit is being submitted for the limited purpose of establishing probable cause in support of a search warrant, I have not included every item of evidence or piece of information known to me; rather, I have included only those facts necessary to establish probable cause.

7. As an Agent with the ATF, your Affiant knows under Title 18, United States Code, Section 922(u), it is unlawful for any person to steal or unlawfully take or carry away from the person or premises of a person who is licensed to engage in the business of importing, manufacturing, or dealing in firearms, any firearm in the licensee's business inventory that has been shipped or transported in interstate commerce.

8. This Affidavit is submitted in support of a criminal complaint for Michael GUIN (hereinafter, "GUIN") for violating Title 18, United States Code, Section 922(u).

9. Because this Affidavit is being submitted for the limited purpose of supporting probable cause as stated herein, I have not included each and every fact known to me concerning this investigation.

**FACTUAL BACKGROUND**

10.     In the early hours of Monday, January 22, 2024, a burglary occurred at RC Firearms, located at 404 Freeport Street (Rear A), New Kensington, PA 15068.  Both exterior and interior video cameras captured the incident.

11.     Through the course of the investigation, Steyn SARDUY and Michael GUIN were identified as the actors.  GUIN it the taller of the two at 6'3" and is wearing what appears to be all black with a black hood. SARDUY is the shorter of the two at 5'5" and wearing all black with a lighter colored hood or winter hat, as well as a black headlamp with black straps that go around the rear of his head, as well as over the top middle of his head. GUIN was the driver of the vehicle and SARDUY was the passenger.

12.     At approximately 3:27am, a white colored Ford F-150 pickup truck with a red tailgate bearing PA license plate ZSX4014 ("white Ford") was captured on video backing up outside the main door of RC Firearms. The white Ford is distinct looking as it also had a large white cap covering the bed. An image of the white Ford is depicted below. For reference, this is a still shot taken from a camera located just above the main entrance to RC Firearms.



13.     At approximately 3:28am, the white Ford pulled into the middle of the parking lot before accelerating in reverse at a high rate of speed backing into a garage door located to the

3

right-hand side of the door to RC Firearms. The white Ford then pulled slightly forward, allowing access to the garage door it had just smashed into. At approximately 3:29am, the white Ford pulled forward and travelled northbound through the parking lot and out of camera view. It should be noted that this garage door does not gain access to RC Firearms. It is believed that the actors attempted to gain access to RC firearms by smashing this garage door, failed to do so, and briefly departed the area.

14. At approximately 3:33:29am, SARDUY was captured on camera approaching on foot from the north end of the parking lot and checking the locked door to RC Firearms. the white Ford had not yet come back into camera view at this time. SARDUY then walked back in the direction he came from.

15. At approximately 3:34:35am, GUIN and SARDUY were captured on video walking from the north end of the parking lot to the main door of RC Firearms where they appear to examine the door again. SARDUY clearly had a hammer in his hand. Both individuals appeared to check the door to RC Firearms and found it to be locked.

16. At approximately 3:37am, GUIN drove the white Ford from the north end of the parking lot into the middle of the parking lot while SARDUY remained on foot in the vicinity between the smashed garage door and the entrance to RC Firearms. SARDUY was now seen holding a backpack in his left hand as he appeared to be directing the driver (GUIN) towards the main door of RC Firearms. SARDUY backed the white Ford up to the door of RC Firearms and appears to be lining the vehicle up with the door. The white Ford then pulled forward and then accelerated in reverse at a high rate of speed directly into the main door of RC Firearms. The white Ford smashed through the door at approximately 3:38:34am. GUIN then pulled the white Ford slightly forward to make room for entry while SARDUY quickly ran inside the smashed door to

RC Firearms holding a backpack in his hand. GUIN quickly exited the driver's door of the white Ford and ran into RC Firearms behind SARDUY. SARDUY crossed the threshold at 3:38:40 and GUIN crossed the threshold at 3:38:43. An image of interior security camera video located inside the main entrance to RC Firearms moments after the white Ford smashed through the door is depicted below. On the left of the image, you see the taillight of the white Ford which had just smashed through the door. On the right of the image is a door leading from the vestibule into the front show room of RC Firearms.



17. Once inside, SARDUY immediately began using a hammer to smash the glass on various display cases containing handguns, while also holding a backpack. As SARDUY smashed the glass, GUIN followed and collected several handguns from the smashed display cases. An image of the front show room being burglarized is depicted below.



18. GUIN eventually ran into the rear show room of RC Firearms and stole at least one long gun while SARDUY continued grabbing several handguns from the smashed display cases and loading them into a backpack. SARDUY then joined GUIN in the rear room, where additional glass display cases of handguns, as well as shelves containing long guns were located. At this time, GUIIN was holding several handguns and at least one long gun. SARDUY entered the rear room and utilized a hammer to smash additional display cases and steal additional handguns, placing them in the same backpack. An image of the rear show room being burglarized is depicted below.



19. At approximately 3:39:34, GUIN is captured on exterior camera exiting RC Firearms and loading stolen firearms into the white Ford. At approximately 3:39:45am, SARDUY exited RC Firearms, and ran around the white Ford holding a backpack in his hand and entered the front passenger seat of the white Ford. The white Ford then sped away southbound across the parking lot and turned left on 4th Street and proceeded straight across Stevenson Blvd. and continued eastbound on Center Avenue.

20. The white Ford is registered to an individual whose identity is known to your affiant and will be referred to as "WD" for purposes of this affidavit. WD is the owner of Mold Men, which is a mold restoration company located at 938 Constitution Blvd., New Kensington, PA

6

15068. Investigators learned that GUIN was previously an employee at Mold Men. At approximately 10:30am, ATF Special Agent Nicholas Rohosky and NKPD Detective Paul Manke interviewed WD. WD advised that he had just spoke with his son who works for Mold Men of Pittsburgh. WD's son advised him that he (the son) was told by one of the other employees of Mold Men of Pittsburgh that upon arriving to work, he (the employee) realized the business was burglarized and the white Ford was stolen. During this interview, WD provided both verbal and written consent for law enforcement to search the white Ford. Investigators including your affiant viewed in plain view a price tag for a 12-gauge shotgun on the front passenger floorboard of the white Ford.

21.     As the investigation progresses, Investigators including your affiant obtained and viewed exterior surveillance cameras on businesses neighboring Mold Men of Pittsburgh. Video confirmed that the white Ford exited the front garage door of Mold Men at approximately 2:53am. After exiting the garage door on the front side of Mold Men of Pittsburgh, the white Ford turned left to head southbound on Constitution Blvd. Investigators, including your affiant, viewed additional video from neighboring businesses which depict two individuals on Proctor Alley which is the alley directly behind Mold Men of Pittsburgh. These individuals are consistent with the descriptions of SUSPECT #1 and SUSPECT #2 and appeared to access Mold Men of Pittsburgh through the rear garage door.

22.     During the course of the investigation, ATF Special Agent Richard Forte interviewed an individual whose name is known to your affiant but will be referred to as MW for purposes of this affidavit. MW resides in the vicinity of 473 Greenridge Road, New Kensington, PA 15068 where the white Ford was located by law enforcement. MW advised that he/she was awake and outside at approximately 5:00am to let his/her dogs out and smoke a cigarette. MW

observed what he/she believed to be a skinny in stature 20+ year old individual dressed in jeans, a gray hoodie, and a gray hat. This individual exited the driver's seat of the white Ford and walk towards Summit Street, then immediately turned around and ran in the opposite direction (back to the white Ford) after a two-door coupe drove slowly down the block and parked on the left side of the street several houses down. While passing the white Ford, this individual briefly stopped near the driver's door. Video later confirmed that this individual opened the driver door of the white Ford. This individual then walked away from the white Ford and proceed several houses down and entered the aforementioned coupe. Exterior camera footage from a nearby residence showed a red colored coupe with a sunroof and silver wheels driving down Greenridge Road at approximately 5:02:18am.

23. NKPD Detective Manke then viewed license plate readers in the area and observed a red colored Kia Forte coupe bearing PA license plate LKT1318 "red Kia" travelling on 7th Street at approximately 5:05am. This vehicle is registered to Melisvett VILLEGAS SOLA, who is the girlfriend of GUIN. VILLEGAS SOLE and GUIN reside together at 120 Village Green Drive, Apt 112, Natrona Heights, PA 15065. VILLEGAS SOLE is the lease and GUIN resides with her.

24. Knowing that the red Kia was involved to some degree, along with the fact that GUIN matched the physical description of the taller of the two actors, and with the fact that GUIN and SARDUY are associates, GUIN immediately became a suspect.

25. On the evening of Monday, January 22, 2024, Special Agents conducted surveillance of GUIN and the red Kia parked outside of 120 Village Green Drive, Apt 112, Natrona Heights, PA 15065. At approximately 9:45pm, Special Agents and NKPD Detectives observed GUIN approach the red Kia and proceeded to clean the exterior and interior of this vehicle for approximately 30 minutes. It should be noted that this was unusual for the hour of the night and

extremely cold temperatures. This behavior under these circumstances is indicative of an individual attempting to coverup or dispose of evidence that this vehicle was involved in criminal activity. This will be elaborated on later in this affidavit.

26. On Tuesday, January 23, 2023, federal search warrant 24-97 was executed at 120 Village Green Drive, Apt 112, Natrona Heights, PA 15065 in relation to the burglary of RC Firearms. It should be noted that when the federal search warrant was initiated, GUIN attempted to flee out the rear door of the residence and was immediately detained at gunpoint by several law enforcement officers. Following the execution of the federal search warrant, GUIN was temporarily detained.

27. GUIN observed "ATF" on Special Agents Manns and O'Sullivan's vests and immediately had what appeared to be a panic attack and started crying and yelling obscenities. GUIN stated he knew what "ATF" stood for. GUIN asked SA O'Sullivan "You're coming here for the fucking guns bro?". SA O'Sullivan replied in the affirmative. GUIN immediately screamed "Oh this fucking dumbass! What the fuck! What the fuck!". SA O'Sullivan advised GUIN before he went any further, SA Manns would read him his Miranda Rights. SA Manns proceeded to read GUIN his Miranda Rights, which GUIN acknowledged he understood and agreed to continue speak with Special Agents Manns and O'Sullivan. SA O'Sullivan provided GUIN a bottle of water at this time and attempted to get him to calm down. GUIN stated "I'm not dumb, I see what's going on. Obviously, something happened in New Kensington yesterday or two days ago, correct? Or you guys are here about some connection of that." GUIN'S initial emotional reaction and spontaneous utterances referencing the burglary of RC Firearms are indicative of him having intimate knowledge of the matter.

28. GUIN went on to describe his relationship with VILLEGAS SOLA and advised that he just got into a fist fight with her brother the other day. GUIN then stated, "I'm pretty sure if I get my hands on him again, I'm going to strangle the fuck out of him." SA O'Sullivan asked what her brother's name was. GUIN replied, "Steyn SARDUY".

29. GUIN eventually claimed that SARDUY and his father, Ramiro SARDUY aka "Tattoo Ray", were the actors in the RC Firearms burglary. GUIN claimed that he unwittingly gave Steyn SARDUY and Tattoo Ray a ride before and after. Investigators do not believe that Ramiro SARDUY, a 50-year-old male standing at 5'10" was involved, nor is his stature consisted with the taller of the two actors who athletically stepped over one of the display cases inside RC firearms. In fact, the taller of the two actors has a stature that is fully consistent with that of GUIN, who stands at approximately 6'3" and in extremely thin.

30. SA O'Sullivan asked GUIN why he spent 30 minutes cleaning the exterior and interior of the red Kia for 30 minutes late at night in freezing cold temperatures. GUIN advised that he was cleaning the vehicle out to make sure that SARDUY and Tattoo Ray did not leave any evidence in there. This was a direct admission that GUIN utilized this vehicle in the commission of criminal activity in relation to the burglary of RC Firearms.

31. SA O'Sullivan asked GUIN if he has held any jobs in the past six months. GUIN advised that he has been working at "The Terminal" and also "Highland Tire". SA O'Sullivan asked if GUIN has worked anywhere else, to which he replied in the negative. SA O'Sullivan asked GUIN is he ever worked at Mold Men. GUIN then advised that he worked for them on and off. It was clear that GUIN initially avoided disclosing his employement at Mold Men of Pittsburgh.

32. Later in the evening of Tuesday, January 23, 2024, GUIN agreed to make a call to VILLEGAS SOLA that was monitored by SA Manns and SA O'Sullivan. The purpose of this call was to solicit any information that VILLEGAS SOLA would disclose without knowing law enforcement was listening to the call. At the time this call was placed, VILLEGAS SOLA had departed 120 Village Green Drive, Apt 112, Natrona Heights, PA 15065 and was at her mother's residence of 709 Kimball Avenue, New Kensington, PA 15068. During this conversation, VILLEGAS SOLA was surprised that the police release GUIN and advised GUIN that SARDUY cut off his ankle monitor and left the house. A segment of the conversation continued as follows:

VILLEGAS SOLA (VS): "Well babe, **you know that they think that's who you did it with**".

Michael GUIN (MG): "I didn't do anything with…"

VS: "They were asking me like who Steyn was"

MG: "Of course, of course, because they seen the fucking camera footage baby. They know that like he was in the car, they know everything.

VS: "What?!"

MG: "Yes"

VS: "What? Was Steyn with you?"

MG: "He was with them ni****, you know he was with them ni****. I only had implication because of fucking pops calling for the fucking ride. You didn't even fucking know. That's crazy.

VS: "Wait, wait, he was with you **the night you did what you did**?"

MG: "What? When I dropped him off? Yes.

VS: "No, no, **I'm talking about two nights ago**"

MG: "Two nights, yes, when I dropped him off, like you don't know everything that happened. Of course, I', not going to tell you.

VS: "Alright, we're not going to talk over the phone, I'll see you in a minute."

33. As detailed above, VILLEGAS SOLA made multiple statements that incriminate GUIN in relation the burglary that occurred two nights prior. It should be noted that during the execution of the federal search warrant at 120 Village Green Drive, Apt 112, Natrona Heights, PA 15065, which VILLEGAS SOLA was present for, law enforcement attempted to interview her, and she was not forthcoming with information regarding GUIN or the burglary of RC Firearms.

34. On Wednesday, January 24, 2024, at approximately 11:00am, SA O'Sullivan and Detective Manke interviewed SARDUY's mother, Melissa Sola, here is referred to as "Ms. Sola". It should be noted that Ms. Sola is also the mother of Melisvett VILLEGAS SOLA.

35. Ms. Sola was shown video from inside RC Firearms during the burglary and believed the shorter of the two actors to be her son, SARDUY. Ms. Sola also made the assessment that the taller of the two actors was GUIN. Immediately upon watching the interior video from the theft of RC Firearms and hearing the audio that accompanied it, Ms. Sola stated, "Michael needs to go to Hell, that's Michael's voice" referring to GUIN. Ms. Sola also agreed that the height differential between the two actors was consistent with that of SARDUY and GUIN. SA O'Sullivan asked Ms. Sola to watch the video again and assess whether there is any possibility that the taller of the two actors was SARDUY'S father, Ramiro (aka Tattoo Ray). Ms. Sola, who intimately knows Ramiro as he is her son's father (she and him are separated), immediately said there is no possibility that the taller actor is Ramiro. Ms. Sola advised that Ramiro is not in physical condition to hurdle the display case the way the taller actor did.

36. On Friday, January 26, 2024, at approximately 1:30pm, Special Agents O'Sullivan and Rohosky and Detective Huth interviewed an individual known to investigators, hereinafter referred to as RW. RW is the mother of another individual know to investigators, hereinafter referred to as RS. RS and GUIN have a 5-year-old child together, although the two are no longer in a relationship. Accordingly, RW has known GUIN for over seven years. RW advised that GUIN told her daughter that after he had his clothes confiscated, he went to RS house and "told her everything" because he was scared and needed somebody to talk to.

37. During the interview, RW was shown interior video from the burglary that occurred at RC Firearms. RW immediately recognized the taller of the two actors as GUIN and the shorter of the two actors as SARDUY. RW advised that she recognized GUIN's posture to include the way he stands and maneuvers himself, as well as his hair protruding from under his hood, which RW stated looks just like his daughter's. RW was then shown the same video with the audio playing and immediately recognized GUIN's voice.

38. It should also be noted that RW knows Ramiro Sarduy, aka "Tattoo Ray," and advised that Ramiro in fact tattooed her in the past. RW advised there is no possibility that the taller of the two actors is Ramiro Sarduy. RW remained adamant that the actors were clearly GUIN and SARDUY.

39. Based on the totality of the circumstances above, your affiant believes that GUIN is the taller of the two actors responsible for the burglary of RC Firearms.

40. Your Affiant determined that Cole Berg, the owner of RC Firearms, are federal firearms licensees.

41. ATF Industry Operations Investigators (IOI's) conducted a full inventory of RC Firearms and determined that 24 firearms were stolen, and that each of those 24 firearms were in RC Firearms' business inventory.

42. Your Affiant has consulted with an ATF Interstate Nexus Expert, who confirmed that all of the firearms that were stolen were in fact made outside of the Commonwealth of Pennsylvania, therefore affected/traveled in interstate commerce.

WHEREFORE, your Affiant avers that there is probable cause to believe that GUIN committed a violation of Title 18, United States Code, Section 922(u).

The above information is true and correct to the best of my knowledge, information, and belief.

/s/ Ryan P. O'Sullivan
Ryan P. O'Sullivan
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

Sworn to and subscribed to before me,
by telephone pursuant to Fed. R. Crim.
P. 4.1(b)(2)(A), this 26th day of January 2024.

_____
HONORABLE KEZIA O. L. TAYLOR
UNITED STATES MAGISTRATE JUDGE